ANNA E. KRAFT, Appellant, *v.* VILLAGE OF HASTINGS-ON-HUDSON et al., Respondents.

Argued February 24, 1941; decided March 13, 1941.

*Gerald FitzGerald* and *Lawrence T. Gross, Jr.*, for appellant.
*Chester A. Slocum, James D. Hopkins* and *Henry R. Barrett, Jr.*, for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.